# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DANA DENNIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No.: 4:24-cv-1303-LCB-JHE |
| | ) |
| **JEANIE C. JONES**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

On October 22, 2025, U.S. Magistrate Judge John H. England, III, issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss this action without prejudice for failure to prosecute. (Doc. 33). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, Case No. 1:21-cv-01112-LCB-HNJ, 2023 WL 6303027, at *1 (N.D. Ala. Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 33) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The case is therefore **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this December 16, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE